J. Ryan Mitchell (9362)
Wesley D. Felix (6539)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone:  (801) 998-8888
Facsimile:   (801) 998-8077
Email: rmitchell@mbmlawyers.com
           wfelix@mbmlawyers.com

Michael A. Carvin (*admitted pro hac vice*)
Ryan J. Watson (*admitted pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700
Email:   macarvin@jonesday.com
             rwatson@jonesday.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| DIGITAL RECOGNITION NETWORK, INC.; VIGILANT SOLUTIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GARY HERBERT, *in his official capacity as Governor of the State of Utah*; SEAN D. REYES, *in his official capacity as Attorney General of the State of Utah*,<br><br>Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Civil No. 2:14-cv-00099-CW<br><br>Judge Clark Waddoups |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Digital Recognition Network, Inc. and Vigilant Solutions, Inc., by and through their undersigned

-1-

counsel, hereby file this Notice of Voluntary Dismissal Without Prejudice.  On April 22, 2014, Defendants filed a Motion to Dismiss Based on Mootness, which notified the Court that the Utah Legislature has now amended the Utah Automatic License Plate Reader System Act, Utah Code § 41-6a-2001 *et seq.*, and that "the current statutory scheme does not prevent Plaintiffs from engaging in the activities in which their Complaint states they desire to engage."  Mot. to Dismiss at 5.  Accordingly, Plaintiffs file this Notice.  Under Rule 41, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants have not yet served an answer or a motion for summary judgment.  Consequently, voluntary dismissal without prejudice is appropriate.  *See* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."); *Schmier v. McDonald's LLC*, 569 F.3d 1240 (10th Cir. 2009) ("The dismissal is without prejudice, unless the notice of dismissal states otherwise.").

Dated: April 29, 2014                               Respectfully submitted,

                                                            ___/s/ J. Ryan Mitchell_____
                                                            J. Ryan Mitchell
                                                            Wesley D. Felix
                                                            Mitchell Barlow & Mansfield, P.C.
                                                            Nine Exchange Place, Suite 600
                                                            Salt Lake City, Utah 84111
                                                            Telephone:  (801) 998-8888
                                                            Facsimile:  (801) 998-8077
                                                            Email:  rmitchell@mbmlawyers.com

                                                            Michael A. Carvin (*admitted pro hac vice*)
                                                            Ryan J. Watson (*admitted pro hac vice*)
                                                            JONES DAY
                                                            51 Louisiana Avenue, N.W.
                                                            Washington, D.C.  20001

Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700
Email:  macarvin@jonesday.com

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that copies of the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** were served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to:

PARKER DOUGLAS (#8924)
General Counsel and Chief of Staff,
  Office of the Utah Attorney General
THOM D. ROBERTS (#2773)
Assistant Utah Attorney General
350 North State Street, Suite 230
P. O. Box 142320
Salt Lake City, Utah 84114-2320
Telephone: (801) 538-9600
Facsimile: (801) 538-1121
pdouglas@utah.gov
thomroberts@utah.gov

<u>/s/J. Ryan Mitchell</u>
J. RYAN MITCHELL
MITCHELL BARLOW & MANSFIELD, P.C.
*Attorney for Plaintiffs*

WAI-3173368v2